THE STATE v. JOHN P. CRUMP.

*Special Verdict—New Trial.*

If a special verdict fails to find all the facts essential to a decision of the case, it is fatally defective and a new trial must be awarded.

This is a CRIMINAL ACTION, which was tried at May Term, 1889, of GUILFORD. Superior Court, before *Bynum, J.*, upon appeal from a Justice of the Peace.

Upon a special verdict returned by the jury the Court adjudged the defendant not guilty, from which the State appealed.

*The Attorney General*, for the State.
No counsel for the defendant.

SHEPHERD, J.: The defendant was charged with peddling without a license as required by law. There was a special verdict, and this does not find whether or not the defendant had such license. Nor does it find that he was required to exhibit one by the proper authorities and failed to do so; in

which case there would have been a presumption that he had none. Section 24, chap. 216, Acts 1889.

The verdict being thus fatally defective, there must be a new trial. State v. Oakley, 103 N. C., 409; State v. Bray, 89 N. C., 480.

Error.